IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. RODERICK, | CASE NO. CV F 11-2093 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANTS** (Doc. 17.) |
| vs. | |
| IRVIN DONALD WEISSMAN, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendants Michael Tavarez, Shawn Tavarez and Peter Chis only and DISMISSES the third cause of action alleged in plaintiff's complaint, filed on December 17, 2011 in this Court. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   January 9, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1