IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. RODERICK,<br><br>　　　　　　Plaintiff,<br>　vs.<br>IRVIN DONALD WEISSMAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-2093 LJO DLB<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 19.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendant Karin R. Leavitt only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   January 11, 2012**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE