UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. RODERICK, | 1:11-cv-02093 LJO DLB |
| Plaintiff, | ORDER TO RECUSE |
| v. | |
| IRVIN DONALD WEISSMAN, an individual, aka I. DONALD WEISSMAN; LEONARD J. COMDEN, an individual; KARIN R. LEAVITT, an individual; WASSERMAN, COMDEN & CASSELMAN, L.L.P., a law firm and partnership; WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P., a law firm and partnership; MICHAEL TAVAREZ, an individual; SHAWN TAVAREZ, an individual; and PETER CHIS, an individual, | |
| Defendants. | |

The District Judges of the Eastern District of California met on December 7, 2011 and have decided that collective recusal of the District Judges is appropriate for one year from the departure of former colleague, Oliver W. Wanger, in any case in which he appears as counsel. Such recusal is pursuant to Volume 2B, Chapter 2, Guide to Judiciary Policy and Committee of Codes of Conduct Advisory Opinion No. 70. In light of Oliver W. Wanger's April 16, 2012 notice of association into this case, Doc 45, the undersigned recuses himself from and will take no further action in this case.

1

The clerk is directed to refer this action to the Ninth Circuit Court of Appeals for reassignment to a District Judge of another district.  Any pending matters will need to be set before the District Judge to whom this action is reassigned.

IT IS SO ORDERED.

Dated:   **April 17, 2012**                            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE