IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH A. RODERICK, | ) | 1:11cv02093 LJO DLB |
| | ) | |
| | ) | ORDER DISQUALIFYING |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | |
| vs. | ) | |
| | ) | |
| IRVIN DONALD WEISSMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. Pursuant to the April 17, 2012, order recusing District Judge Lawrence J. O'Neill, this action has been referred to the Ninth Circuit Court of Appeals for reassignment to a District Judge of another district. The action shall also be reassigned to a Magistrate Judge at that time.

    The undersigned will take no further action in this case.

IT IS SO ORDERED.

    Dated: __April 18, 2012__          __/s/ Dennis L. Beck__
                                                                     UNITED STATES MAGISTRATE JUDGE

1