UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:11-CV-02093-CJC                                      Date: July 6, 2012

Title: JUDITH A. RODERICK V. IRVIN DONALD WEISSMAN, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING PARTIES TO ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Federal Rule of Civil Procedure 16(a)(5), the Court hereby ORDERS the parties to Alternative Dispute Resolution. Counsel shall contact the Voluntary Dispute Resolution Program for the Eastern District to select a mediator and schedule the mediation. Counsel shall also file a status report on or before September 4, 2012, advising the Court of the results of the mediation.

jda

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MU