UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUDITH A. RODERICK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IRVIN DONALD WEISSMAN, an individual, aka I. Donald Weissman, LEONARD J. COMDEN, an individual, KAREN R. LEAVITT, an individual, WASSERMAN, COMDEN & CASSELMAN, L.L.P., a law firm and partnership, WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P., a law firm and partnership; MICHAEL TAVAREZ, an individual; SHAWN TAVAREZ, an individual; and PETER CHIS, an individual, | Case No. 1:11-cv-02093-CJC<br><br>ORDER FOR ASSIGNMENT OF MAGISTRATE JUDGE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO CONDUCT SETTLEMENT CONFERENCE (ALTERNATIVE DISPUTE RESOLUTION)) |

Upon the stipulation of the parties and for good cause appearing, Magistrate Judge Arthur Nakazato of the Central District of California is assigned to conduct the Alternative Dispute Resolution process in the above action.

Date: August 31, 2012                               _____
                                                                            Judge

cc: Judge Nakazato

ORDER FOR MAGISTRATE JUDGE ASSIGNMENT