IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. RODERICK, | CASE NO. 1:11-CV-2093 CJC |
| Plaintiff, | |
| v. | ORDER |
| IRVIN DONALD WEISSMAN, et al., | |
| Defendants. | |

**In the Matter of the Designation of a Magistrate Judge for Service in Another District**

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Ninth Circuit Court of Appeals has assigned the above-captioned civil case in the Eastern District of California to the Honorable Cormac J. Carney, a U.S. district judge in the Central District of California. This assignment has created an emergency situation in the Eastern District of California due to the unavailability of an Eastern District of California magistrate judge to assist Judge Carney with work on the case. For this reason, the court certifies the need for assistance from a visiting magistrate judge from the Central District of California, the Honorable Arthur Nakazato, during pendency of this case in the court.

**THEREFORE,**

**IT IS ORDERED**, with the concurrence of the Honorable Audrey B. Collins, Chief Judge of the Central District of California, that United States Magistrate Judge Nakazato is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Eastern District of California on an as-needed basis for the duration of this case assignment.

Dated: 8-31-12

_____
Anthony W. Ishii, Chief Judge