# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - ORDER

Case No.    1:11-cv-02093 CJC (AN)                                    Dated: October 25, 2012

Title:    Judith A. Roderick v. Irvin Donald Weissman, et al.
================================================================
Present:  **Hon. Arthur Nakazato, United States Magistrate Judge**


Stephen Ybarra                                                        CS 10/25/12
Deputy Clerk                                                          CourtSmart Ref. No.


**Appearances:**   Montie Stowell Day of Day Law Offices appearing telephonically for Plaintiff

Robert Lawrence Esensten of Wasserman, Comden, Casselman & Esensten, LLP present in the courtroom for Defendants

**Proceedings:**   (In Court) October 25, 2012 Telephonic Status Conference re Settlement

**Discussion:**

On October 25, 2012, a settlement agreement was reached after extensive settlement negotiations. The terms of the settlement agreement were spread upon the record and each party or party's representative stated he understood and agreed the terms of the settlement agreement were irrevocable, binding and enforceable just as if the terms had been reduced to writing.


cc:    JUDGE CARNEY
       All Parties                                                    Time 02:00
                                                        Initials of Deputy Clerk shy