1  ROBERT L. ESENSTEN (Bar No. 65728)
      resensten@wccelaw.com
2  **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP**
   5567 Reseda Boulevard, Suite 330
3  Post Office Box 7033
   Tarzana, California 91357-7033
4  Telephone: (818) 705-6800
   Facsimile:  (818) 996-8266
5
   OLIVER W. WANGER (Bar No. 40331)
6     owanger@wjhattorneys.com
   **WANGER JONES HELSLEY PC**
7  265 E. River Park Circle, Suite 310
   Fresno, California 93720
8  Telephone: (559) 233-4800
   Facsimile:  (559) 233-9330
9
   Attorneys for Defendants, IRVIN DONALD WEISSMAN *aka* I. DONALD
10 WEISSMAN; LEONARD J. COMDEN; WASSERMAN, COMDEN &
   CASSELMAN, LLP; and WASSERMAN, COMDEN, CASSELMAN &
11 ESENSTEN, LLP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUDITH A. RODERICK, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>IRVIN DONALD WEISSMAN, an individual, aka I. DONALD WEISSMAN; LEONARD J. COMDEN, an individual; KARIN R. LEAVITT, an individual; WASSERMAN, COMDEN & CASSELMAN, L.L.P., a law firm and partnership; WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P., a law firm and partnership; MICHAEL TAVAREZ, an individual; SHAWN TAVAREZ, an individual; and PETER CHIS, an individual,<br><br>  Defendants. | CASE NO. 1:11-CV-02093-CJC (AN)<br><br>**REQUEST FOR TRANSCRIPT OF SETTLEMENT ON THE RECORD**<br><br>DATE:  October 25, 2012<br>TIME:  2:00 p.m. |

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>DUE DATE: |
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | |

| 1. NAME<br>Robert L. Esensten, Esq. | 2. PHONE NUMBER<br>(818) 705-6800 | 3. DATE<br>November 6, 2012 |
|---|---|---|
| 4. FIRM NAME: Wasserman, Comden, et al. | 5. E-MAIL ADDRESS: resensten@wccelaw.com | |
| 6. MAILING ADDRESS<br>5567 Reseda Blvd., Suite 330 | 7. CITY<br>Tarzana | 8. STATE  9. ZIP CODE<br>CA        91356 |
| 10. CASE NUMBER<br>1:11-CV-02093 CJC (AN) | 11. CASE NAME<br>Judith A. Roderick v. Irvin Donald Weissman, et al. | 12. JUDGE<br>Arthur Nakazato |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☑ OTHER Defendant's Attorney | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| October 25, 2012 | 2:00 p.m. CS | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Settlement on Record |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:        Day:        Year:
Transcript payment arrangements were made with:

17. DATE: November 6, 2012

18. SIGNATURE: [signature]

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:        Day:        Year:

G-120 (09/12)

| | |
|---|---|
| From: | caed_cmecf_helpdesk@caed.uscourts.gov |
| Sent: | Monday, October 29, 2012 4:40 PM |
| To: | CourtMail@caed.uscourts.gov |
| Subject: | Activity in Case 1:11-cv-02093-CJC Roderick v. Weissman, et al. In Court Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 10/29/2012 at 4:39 PM PDT and filed on 10/25/2012

**Docket Text:**
**CIVIL MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Arthur Nakazato held on 10/25/2012. A telephonic hearing re settlement was held on 10/25/2012 with a settlement being reached after extensive negotiations. The terms of the settlement were recorded with each party or party's representative stating the he understood and agreed that the terms of the settlement were irrevocable, binding, and enforceable just as if the terms had been reduced to writing. Plaintiff's Counsel Montie Day telephonically present. Defendants' Counsel Robert Esenstein present. Court Reporter/CD Number: CourtSmart. (Rooney, M)**

**1:11-cv-02093-CJC Notice has been electronically mailed to:**

Karin Ruth Leavitt    kleavitt@wcclaw.com

Montie Stowell Day    msdayesq@aol.com

Oliver W. Wanger    owanger@wjhattorneys.com, dpell@wjhattorneys.com, ecfclerk@wjhattorneys.com

Robert Lawrence Esensten    resensten@wcclaw.com, jmichaelis@wcclaw.com

**1:11-cv-02093-CJC Electronically filed documents must be served conventionally by the filer to:**

11/6/2012

## CERTIFICATION OF SERVICE

I hereby certify that on **November 6, 2012**, I electronically filed the foregoing document entitled **REQUEST FOR TRANSCRIPT OF SETTLEMENT ON THE RECORD** with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

*/s/ Robert L. Esensten*
ROBERT L. ESENSTEN